46 Conn. App. 712 (AC 16325) is granted, limited to the following issue:

"Did the Appellate Court properly conclude that a statute of limitation defense may successfully be raised against an employer who has intervened, pursuant to General Statutes § 31-293, in a cause of action that had been brought within the statutory time limitation by the originating employee-plaintiff?"

The Supreme Court docket number is SC 15799.

*James D. Moran, Jr.*, in support of the petition.

*John B. Farley* and *Kevin M. Roche*, in opposition.

Decided October 22, 1997

THEODORE N. LENCZYK *v.* MICHAEL A. GEORGETTI, ADMINISTRATOR

The plaintiff's petition for certification for appeal from the Appellate Court (AC 16903) is dismissed.

MCDONALD, J., did not participate in the consideration or decision of this petition.

*Theodore N. Lenczyk*, pro se, in support of the petition.

*Michael A. Georgetti*, in opposition.

Decided October 22, 1997

JAMES DAY *v.* CITY OF MIDDLETOWN ET AL.

The petition by the defendant Furniss & Quinn, P.C., for certification for appeal from the Appellate Court (AC 17283) is granted, limited to the following issue: